United States District Court
Southern District of Texas
**ENTERED**
May 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | §   CRIMINAL ACTION NO. 6:22-CR-00088 |
| VS. | § |
| | § |
| JAMEL RAYNARD GALINDO, | § |
| | § |
| Defendants. | § |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(A); and

(2) The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant meets the probable cause standard. The facts of the case involve the defendant fleeing from police officers in a vehicle at speeds exceeding 100 miles per hour after having thrown a backpack from the vehicle. The backpack contained over 2 kilograms of methamphetamine and a firearm. A subsequent search of

the defendant's residence resulted in the seizure of additional narcotics and another firearm. Additionally, at the time of the commission of the instant offense the defendant was on parole for a state drug trafficking offense. The most basic condition of parole is to not commit new law violations. The defendant has shown that he is either unable or unwilling to comply with rules of supervision. The defendant is a poor candidate for bond and is ORDERED detained pending trial. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on May 30, 2023.

Jason B. Libby
United States Magistrate Judge